UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JAMES COLLINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | 1:06-cv-1441-DFH-WTL |
| | ) | |
| R.V. VEACH, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 1/30/2007

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Distribution:

James Collins
Reg. No. 10645-026
United States Penitentiary
P.O. Box 12015
Terre Haute, IN 47808

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048